IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00014-LTB

DICKIE JOHNSON,

    Plaintiff,

v.

WELD COUNTY SHERIFF, and
WELD COUNTY COMMISSIONERS,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 11, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 11 day of February, 2013.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk


            By: s/ S. Grimm
                Deputy Clerk